

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2023

No. 04-22-00355-CV

**SSC WIMBERLEY OPERATING COMPANY, LLC**; Randall Morris; Bozena Mrozek;
Calvin Boutte; SavaSeniorCare Administrative and Consulting, LLC; and SSC Equity Holdings
MT, LLC,
Appellants

v.

Shellie **GOODMAN**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI17165
Honorable Norma Gonzales, Judge Presiding

# O R D E R

On January 11, 2023, this court issued its opinion and judgment in this appeal. Appellee timely filed an unopposed motion for an extension of time to file motions for rehearing and en banc reconsideration. *See* TEX. R. APP. P. 49.9.

Appellee's motion is GRANTED. The motions are due on February 9, 2023.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court